**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| David Brown | ) |
| *Plaintiff* | ) )  |
| v. | ) Civil Action No. 2:25-cv-06350-RGK-SK |
| Todd Lundbohm (see attached) | ) ) |
| *Defendant* | ) ) |

BY FAX

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

  828 Media Capital LLC
  6835 Bright View Rd.
  Las Cruces, NM 88007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7-14-25

*Signature of Clerk or Deputy Clerk*

1149

Attachment 3

DAVID BROWN
Pro Se Plaintiff
361 Bradley Drive
West Columbia, SC 29170
(803) 528-7173
moviedavid1@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN, an individual, Plaintiff, *individually and as assignee of Specter Entertainment LLC and Fallout LLC*<br><br>vs.<br><br>TODD LUNBOHMN, an individual; 828 MEDIA CAPITAL LLC, a Delaware limited liability company; 828 PRODUCTIONS LLC, a Delaware limited liability company; KRIS LEFAN, an individual; LOWE & ASSOCIATES, P.C, a California professional corporation; STEVEN LOWE, an individual; VIKRAM AMRITRAJ, an individual.<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>(1) **FRAUDULENT MISPRESENTATION**<br>(2) **TORTIOUS INTERFERENCE**<br>(3) **CIVIL CONSPIRACY**<br>(4) **DEFAMATION**<br>(5) **BREACH OF CONTRACT**<br>(6) **BREACH OF IMPLIED COVENANT**<br>(7) **ABUSE OF PROCESS**<br>(8) **MALICIOUS PROSECUTION**<br>(9) **UNFAIR BUSINESS PRACTICES**<br>(10) **CIVIL RICO**<br>(11) **LEGAL MALPRACTICE**<br>(12) **BREACH OF FIDUCIARY DUTY**<br>(13) **VIOLATION OF STATE LENDING LAWS** |